**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:15-CR-73 |
| ) | |
| HERMAN BANKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Herman Banks (DE #22) filed on September 16, 2015. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Herman Banks, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. section 841(a)(1).

This matter is set for sentencing on January 7, 2016, at 1:00 p.m.

**DATED: October 15, 2015**          /s/RUDY LOZANO, Judge
                                     **United States District Court**